UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2017 JUN 13 PM 1:45

CLERK

BY_____ *uw)* _____
DEPUTY CLERK

THOMAS R. REYNOLDS,    )
    Plaintiff,    )
        )
vs.    )    Civil Case No.:    2:17·cv-99
        )
NORTHWEST VERMONT SOLID    )
WASTE MANAGEMENT DISTRICT,    )
    Defendant,    )
        )
    AND    )
        )
JOHN LEDDY,    )
    Defendant.    )

**NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that Defendants Northwest Vermont Solid Waste Management District and John Leddy, by and through their attorneys, Woodward & Kelley, ,P.L.L.C., hereby notice the removal of this action on the following grounds:

1.    Plaintiff David Thomas R. Reynolds has commenced an action against Defendants Northwest Vermont Solid Waste Management District and John Leddy in the State of Vermont Superior Court by serving a Complaint to be filed with the Franklin Unit of the Superior Court, Civil Division, a copy of which is attached hereto as Exhibit A.

2.    Service of the above-referenced Complaint was made on John Leddy on May 22, 2017 and Northwest Vermont Solid Waste Management District on May 31, 2017. *See Exhibits B and B1 attached hereto.*

3.    In his Complaint, Plaintiff asserts claims arising under the Fifth and Fourteenth Amendment Due Process Clause of the United States Constitution against the Defendants pursuant to inter alia, 42 U.S.C. §§1983 and 1988. *See Complaint, ¶¶ 66-73.*

1

4.     Northwest Vermont Solid Waste Management District and John Leddy submit that plaintiff has commenced a civil action of which this Court has original jurisdiction inasmuch as such action is founded on a "claim or right arising under the Constitution, treaties or laws of the United States." Plaintiff's Complaint contains enough information for Northwest Vermont Solid Waste Management District and John Leddy to ascertain a basis for removal and thus constitutes an initial pleading for purposes of removal. By virtue of the provisions of 28 U.S.C. §§1441 and 1446, this case is removable to this Court.

5.     Pursuant to 28 U.S.C. §1331, this Court has original jurisdiction of this matter.

6.     This Notice of Removal is timely filed with this Court, pursuant to 28 U.S.C. §1446(b), because thirty (30) days have not expired since this action became removable to this Court.

7.     Pursuant to 28 U.S.C. §1446(d), written notice of the filing of this Notice of Removal will be given to counsel for Plaintiff, and a copy of the Notice of Removal will be filed with the Clerk of the Vermont Superior Court, Franklin Unit.

WHEREFORE, Northwest Vermont Solid Waste District and John Leddy request that this action be removed from the Vermont Superior Court, Franklin Unit to the United States District Court for the District of Vermont and that this Court take jurisdiction of the matter.

Dated: June 9 , 2017               By: _____
                                        Philip C. Woodward, Esq.
                                        woodward@wklawvt.com
                                        Marikate E. Kelley, Esq.
                                        kelley@wklawvt.com
                                        WOODWARD & KELLEY, PLLC
                                        PO Box 145
                                        No. Ferrisburgh VT 05473-0145
                                        Ph: (802) 870-6171